# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Avery Shandel James,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                          3:09-cv-344

USA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2012 Order.

                                          Signed: June 11, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court